IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KAREN KUNG,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE A. KING, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 25-00013 MWJS-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(B) FEES |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO
GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(B) FEES**

Findings and Recommendation having been filed and served on all parties on

May 29, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "FINDINGS AND

RECOMMENDATION TO GRANT PLAINTIFF'S COUNSEL'S PETITION FOR 406(b)

FEES," Dkt. No. 20, filed on May 29, 2026, are adopted as the opinion and order of this

court.

IT IS SO ORDERED.

DATED:  June 22, 2026, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge